UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIA ORTIZ AND FRANCISCO ARMIJO,<br><br>Plaintiffs,<br><br>V.<br><br>GEOVERA SPECIALTY INSURANCE COMPANY, LEE KEVIN TIDMORE, AND KIARRA RAINEY,<br><br>Defendants. | §§§§§§§§§§§§§ CIVIL ACTION<br>NO. 4:16-CV-02757 |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

GeoVera Specialty Insurance Company ("GeoVera") wishes to announce the parties have reached a settlement in this matter. GeoVera anticipates that settlement will be finalized within 60 days from today, upon which the appropriate dismissal documents will be filed with the Court. Accordingly, GeoVera asks that the action, including any upcoming deadlines be abated, hearings cancelled, and, if applicable, the case removed from the trial docket.

Respectfully submitted,

/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No. 24029862
Southern District No.: 17055

**THOMPSON, COE, COUSINS & IRONS, LLP**
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
E-mail: rthompson@thompsoncoe.com
**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    This is to certify that on the 15th day of November 2017, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service in accordance with the Federal Rules of Civil Procedure:

***Via Electronic Filing***
Gregory F. Cox
Michael Downey
THE MOSTYN LAW FIRM
6280 Delaware Street
Beaumont, Texas 77706
Telephone:   (409) 832-2777
Facsimile:   (409) 832-2703
Email:   gfcox@mostynlaw.com
Email:   madowney@mostynlaw.com
    *Counsel for Plaintiff*

    */s/ Rhonda J. Thompson*
    Rhonda J. Thompson